# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation of Supervised Release**) |
| v. | Case Number:  99-cr-00017-WYD-01 |
| CHARLES MARTINEZ | USM Number:  28620-013 |
| | Virginia Grady, AFPD <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 10, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Failure to Participate in Mental Health Treatment as Directed by the Probation Officer | 07/05/06 |
| 2 | Failure to Participate in Drug Treatment as Directed by the Probation Officer | 07/13/06 |

    The defendant is sentenced as provided in pages 2 through 6 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

> January 16, 2007
> Date of Imposition of Judgment
>
> s/ Wiley Y. Daniel
> Signature of Judge
>
> Wiley Y. Daniel, U.S. District Judge
> Name & Title of Judge
>
> January 30, 2007
> Date

DEFENDANT:  CHARLES MARTINEZ
CASE NUMBER:  99-cr-00017-WYD-01                                                      Judgment-Page 2 of 6

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance | 07/19/06 |
| 4 | Possession and Use of a Controlled Substance | 07/20/06 |
| 5 | Failure to Participate in Mental Health Treatment as Directed by the Probation Officer | 07/26/06 |
| 6 | Failure to Pay Restitution as Directed | 08/31/06 |
| 7 | Possession and Use of a Controlled Substance | 07/27/06 |
| 8 | Possession or Use of a Controlled Substance | 07/31/06 |
| 9 | Failure to Participate in Mental Health Treatment as Directed by the Probation Officer | 08/02/06 |
| 10 | Failure to Participate in Drug Treatment as Directed by the Probation Officer | 08/02/06 |

DEFENDANT:  CHARLES MARTINEZ
CASE NUMBER:  99-cr-00017-WYD-01                                              Judgment-Page 3 of 6

## IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ten (10) months.  The court recommends that the Bureau of Prisons credit defendant for 111 days spent in custody.

     The court recommends that the Bureau of Prisons place the defendant at a facility with the Residential Drug Abuse Program (RDAP).

     The defendant is remanded to the custody of the United States Marshal.


## RETURN

I have executed this judgment as follows:

     Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

 

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT:  CHARLES MARTINEZ
CASE NUMBER:  99-cr-00017-WYD-01                                                                Judgment-Page 4 of 6

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| I through V | $0.00 | $0.00 | $12,299.00 |
| **TOTALS** | $0.00 | $0.00 | $12,299.00 |

The defendant must make restitution (including community restitution) to the following payees in the amount listed below.  If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Community First National Bank<br>Attn.:  Branch Manager<br>9611 West 58th Avenue<br>Arvada, Colorado 80004<br>(303) 940-7000 | $2,200.00 | $2,200.00 | |
| U.S. Bank<br>Attn.:  Mark Fix, Corporate Security<br>2555 South Colorado Boulevard, Suite 30<br>Denver, Colorado 80222<br>(303) 504-2321 | $1,500.00 | $1,500.00 | |
| World Savings  and Loan<br>Attn.:  Steve Linstrom<br>2101 East Arapahoe Road<br>Littleton, Colorado 80122<br>(303) 738-3477 | $1,659.00 | $1,659.00 | |
| CU Service Network of Colorado, Inc.<br>4905 West 60th Avenue<br>Arvada, Colorado 80003<br>(303) 427-1697 | $940.00 | $940.00 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  CHARLES MARTINEZ
CASE NUMBER:  99-cr-00017-WYD-01                                                                Judgment-Page 5 of 6

| | | |
|---|---:|---:|
| U.S. Bank<br>Attn.:  Jean Neumeier,<br>Corporate Security<br>2800 East Lake Street<br>Minneapolis, Minnesota 55406<br>1-888-436-7675 | $1,000.00 | $1,000.00 |
| Vectra Bank Colorado<br>Attn.:  Sherry Minear<br>8410 Umatilla Street<br>Federal Heights, Colorado 80221<br>(303) 254-1960 | $2,000.00 | $2,000.00 |
| Commercial Federal Bank<br>Attn.:  Susan Johnson, Security<br>215 South Wadsworth Boulevard<br>Lakewood, Colorado 80215<br>(303) 202-5419 | $3,000.00 | $3,000.00 |
| **TOTALS** | $12,299.00 | $12,299.00 |

Interest on the restitution obligation will be waived, upon the court's finding that the defendant does not have the ability to pay interest.

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  CHARLES MARTINEZ
CASE NUMBER:  99-cr-00017-WYD-01                                                Judgment-Page 6 of 6

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

Defendant shall pay the balance of the restitution outstanding.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment, (2) restitution principal.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.